# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv302

| | |
|---|---|
| JAMES R. ARNDT; and LINDA ARNDT, ) ) ) Plaintiffs, ) ) Vs. ) ) EXTREME MOTORCYCLES; and ) AMERICAN IRONHORSE ) MOTORCYCLE COMPANY, ) ) Defendants. ) _____ ) | **ORDER** |

**THIS MATTER** is before the court on the Certification and Report of Initial Attorney's Conference. Review of the pleadings reveals that a motion under Rule 12, Federal Rules of Civil Procedure, which both stays joinder of issues and the requirement of filing the CIAC. The court will not, therefore, enter a Pretrial Order of require discovery in this matter until such time as the Rule 12 motion (and, perhaps, the motion to remand) is resolved.

**ORDER**

**IT IS, THEREFORE, ORDERED** that entry of a Pretrial Order is **STAYED** pending resolution of the Motion to Dismiss.

-1-

Signed: December 10, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge