IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv302

| | |
|---|---|
| JAMES R. ARNDT; and LINDA ARNDT, ) ) ) Plaintiffs, ) ) Vs. ) ) EXTREME MOTORCYCLES; and ) AMERICAN IRONHORSE ) MOTORCYCLE COMPANY, ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion to Amend Complaint. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Amend Complaint (#36) is **GRANTED,** plaintiffs are granted leave to file the proposed Amended Complaint, and the previously filed Motions to Dismiss are **DEEMED MOOT** without prejudice as to reasserting the substance of any such motion.

Signed: February 12, 2008

Dennis L. Howell
United States Magistrate Judge