# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv302

| | |
|---|---|
| JAMES R. ARNDT; and LINDA ARNDT, ) ) ) Plaintiffs, ) ) ) Vs. ) ) ) EXTREME MOTORCYCLES; and ) AMERICAN IRONHORSE ) MOTORCYCLE COMPANY, ) ) Defendants. ) ) | **ORDER IN AID OF AUTOMATIC STAY** |

**THIS MATTER** is before the court on defendant American IronHorse Motorcycle Company's Notice of Bankruptcy. In accordance with 11 U.S.C. § 362, an automatic stay is in effect in this matter until such time as such stay may be lifted or other relief granted by the bankruptcy court in the Northern District of Texas. See 11 U.S.C. § 362(d)(1). This Order is entered for the limited purpose of implementing the automatic stay in a manner recognized by CM/ECF.

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is **STAYED** in accordance with 11 U.S.C. § 362.

Signed: April 3, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge