IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV302

| | |
|---|---|
| JAMES R. ARNDT, and LINDA ARNDT, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | )   **O R D E R** ) |
| EXTREME MOTORCYCLES; and AMERICAN IRONHORSE MOTORCYCLE COMPANY, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the Court *sua sponte* for an order removing this action as a statistically pending matter due to the pending bankruptcy of the Defendant American Ironhorse Motorcycle Company. This action was previously stayed by the Magistrate Judge by Order filed April 3, 2008.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures*.

Signed: January 14, 2009

Lacy H. Thornburg
United States District Judge