IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv302

| | |
|---|---|
| JAMES R. ARNDT; and LINDA ARNDT, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>)<br>EXTREME MOTORCYCLES; and )<br>AMERICAN IRONHORSE )<br>MOTORCYCLE COMPANY, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion for Voluntary Dismissal Without Prejudice (#46). Counsel for plaintiff does not, however, reflect that he consulted with respective counsel for defendants and whether they oppose the relief. See L.Cv.R. 7.1. This requirement of consultation is particularly relevant where, as here, the parties could through mutual agreement effectuate the proposed relief without court intervention. See Fed.R.Civ.P. 41.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Voluntary Dismissal Without Prejudice (#46) is denied without prejudice. The Clerk of this

court is instructed to reassign this case to another district judge as the district judge presently assigned has retired.

Signed: June 4, 2010

Dennis L. Howell
United States Magistrate Judge