IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv302

| | |
|---|---|
| JAMES R. ARNDT and wife, LINDA ARNDT, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>EXTREME MOTORCYCLES and )<br>AMERICAN IRONHORSE )<br>MOTORCYCLE COMPANY, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Voluntary Dismissal. [Doc. 48]. The Defendants have not responded to the Plaintiffs' Motion.

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Voluntary Dismissal [Doc. 48] is **ALLOWED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 3, 2010

Martin Reidinger
United States District Judge